IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS, | No. C05-03884 MJJ |
| Plaintiff, | **ORDER RE SUPPLEMENTAL BRIEFING** |
| v. | |
| JOAN BETTS, STEVE SHAPIRO, WILLIAM ELLIOT, ELAINE M. BRONG, GEORGE MANDFIELD, TOM DOSS, RANDY LOPEZ, FRANK NOONAN, INSURANCE COMPANY OF THE WEST, ANNETTE McROBERTS | |
| Defendants. | |

I.  Discussion

On September 26, 2005, Plaintiff *pro se* Robert Curtis filed a document entitled "A True Conspiracy to Defraud Robert Curtis" against Defendants Joan Betts, Steve Shapiro, William Elliot, Elaine M. Brong, George Mansfield, Tom Doss, Randy Lopez, Frank Noonan, Insurance Company of the West, and Annette McRoberts. (Doc. #1.) The Court construes this document as a Complaint. From what the Court can discern, the basis underlying Plaintiff's Complaint is a construction contract he had with the Bureau of Land Management. Apparently, on September 25, 2000, Plaintiff received a Default Notice relating to the contract. According to Plaintiff, the Default Notice was in error because no cure notice was issued prior to the Default Notice; 15 days remained under the contract; and over 60% of the construction had been completed. As a result, Plaintiff alleges that the Default Notice constituted a breach of contract that was "supervised and condoned by Elaine M. Brong, Steve Shapiro,

1 Tom Doss, Randy Lopez [and] George Mansfield." Additionally, Plaintiff alleges that Defendant
2 Insurance Company of the West "remain[ed] silent" thereby "guarantee[ing] the [b]reach of [c]ontract
3 and the destruction of Robert Curtis." Plaintiff further alleges that the Insurance Company of the West
4 sued him, and that Ms. Brong, Mr. Shapiro, Mr. Elliot, and Mr. Noonan falsely accused him of extortion
5 because Plaintiff had filed a wrongful default claim. From what the Court can glean from the
6 Complaint, it appears that Plaintiff was later prosecuted. He alleges that the Defendants were the
7 impetus for criminal charges being brought against him. Based on these allegations, Plaintiff seeks $100
8 million in damages.

9 The United States has moved to dismiss Plaintiff's Complaint on several grounds. While the
10 United States filed their Motion in case No. C 05-3884-MJJ, the caption of their Motion and the opening
11 paragraph identify the " Treasury Department" and its employees as the defendants. Mr. Curtis has filed
12 another civil action in this district in which he names the Treasury Department as a defendant. (*See* case
13 No. C 05-4964, Doc. #1.) However, in case No. C 05-3884-MJJ, the Treasury Department is not one
14 of the named Defendants. Consequently, there is a discrepancy between the Defendants named in
15 Plaintiff's Complaint, and the defendants that are identified in the United State's Motion to Dismiss.

16 Additionally, as one of its proffered bases for dismissal, the United States contends that Plaintiff
17 has already litigated his claims against Defendants in the United States District Court in Oregon. The
18 United States also points out that Judge Maxine Chesney recently dismissed another one of Plaintiff's
19 lawsuits on the ground that Plaintiff had previously brought the same lawsuit in district court in Oregon.
20 (*See* case No. C 05-3883-MMC, Doc. #7.) In support of its argument, the Government attaches a copy
21 of an Order that Judge Owen Panner of the District of Oregon issued dismissing one of Plaintiff's
22 actions filed in the District of Oregon, as well as Judge Chesney's recent order dismissing the C 05-
23 3883-MCC action. While both Orders discuss the nature of Plaintiff's other complaints, neither does
24 so in sufficient detail that the Court can assess whether case No. C 05-3884-MJJ is identical to any of
25 Plaintiff's previously filed and dismissed actions. To enable the Court to fully assess the United States'
26 argument, the Court directs the United States to file copies of any complaints and orders dismissing such
27 complaints that the United States contends preclude Plaintiff from bringing the instant action.
28

**United States District Court**
For the Northern District of California

II.  Conclusion

Accordingly, the Court orders the United States to file a brief, not exceeding two pages, clarifying which case it is seeking to dismiss and attaching any court filings from the District of Oregon as described in this Order. The United States shall file its brief and supporting documents by February 23, 2006.

Further, the hearing on the United State's Motion to Dismiss set for February 28, 2006, is **VACATED**, and will be re-set by the Court, if necessary.

**IT IS SO ORDERED.**

Dated: February 16, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE