UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CURTIS,

    Plaintiff,

    v.

BETTS, et al.,

    Defendants.
_____/

No. C 05-3884 PJH

**ORDER DENYING PETITION FOR REHEARING**

    The court is in receipt of a so-called Petition for Rehearing filed by plaintiff on November 19, 2009. Inasmuch as Judge Jenkins is no longer with this court, the matter was reassigned to the undersigned. This so-called petition is untimely. Judgment was entered in the instant action by Judge Jenkins on April 14, 2006 – more than three and a half years ago – following the grant of defendants' motion to dismiss the complaint with prejudice. Plaintiff's motion for reconsideration of the order granting dismissal was denied by Judge Jenkins on May 11, 2006. After plaintiff sought to appeal the order to the Ninth Circuit, the Ninth Circuit dismissed the appeal for failure to prosecute on March 8, 2007.

    Not only is plaintiff's instant petition thus untimely, but the petition also fails to state a valid request for relief of any type, as it is largely nonsensical and devoid of cogent argument. Nor does plaintiff provide any legal authority for a "petition for rehearing" in the district court. Accordingly, the petition is DENIED.

    For some reason unspecified reason, plaintiff has also provided copies of similar petitions filed against different defendants in two other cases previously assigned to Judge Jenkins: C 05-4963 MJJ and C 05-4964 MJJ. Those cases have not yet been reassigned

and the court takes no action with respect to either of them.  The two additional petitions will, however, be referred to the Clerk for reassignment.

**IT IS SO ORDERED**.

Dated: December 10, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge